IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RYAN, LLC f/k/a RYAN & COMPANY, INC. § § § Plaintiff, § § v. § INSPIRED DEVELOPMENT, LLC, et al., § § § Defendant. § | Civil Action No. 3:12-cv-2391-O |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case (ECF No. 252), issued on October 22, 2020. The Court ordered the parties to file any objections on or before October 26, 2020. ECF No. 253. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Court **DENIES** Defendant Estate of Donald W. Sloan's Verified Motion for Leave to Appear Remotely (ECF No. 250) and Plaintiff's Motion for Leave to Appear Remotely (ECF No. 251). The Court **WITHDRAWS** the reference of mediation to the undersigned. *See* ECF No. 248. The Court **ORDERS** the parties to hire a mediator to mediate their case at the parties' expense and in the manner in which they desire. The parties **SHALL** file a joint report on or before **October 30, 2020**, informing the Court of their mediation arrangements.

**SO ORDERED** on this **27th day** of **October, 2020**.

1

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE